ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
ARYN P. HARRIS, Deputy County Counsel (S.B. #208590)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

*E-FILED 7/29/05*

Attorneys for Defendants
COUNTY OF SANTA CLARA,
ROBERT D. CECIL, and JUDY
DEBERNARDI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| DAVID and ZEMMIE SCHAEFER,<br><br>Plaintiffs,<br><br>v.<br><br>7TH AVENUE CENTER, IRVING MITSUNAGA, M.D., COUNTY OF SANTA CLARA, JUDY DE BERNARDI, ROBERT D. CECIL, and DOES ONE through ONE HUNDRED,<br><br>Defendants. | No. C05 01414 RS<br><br>**SUBSTITUTION OF ATTORNEY** AND ORDER THEREON |

Defendant Robert D. Cecil hereby substitutes Thomas A. Packer (S.B. #104767), Gordon & Rees, LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, California 94111, (415) 986-5900, as attorney of record in the place and stead of Gregory J. Sebastinelli, Deputy County Counsel, Office of the County Counsel.

I consent to the above substitution.

Dated: 4/22/05

Defendant, Robert D. Cecil

//

I consent to the above substitution.

Dated: 4/25/05

GREGORY J. SEBASTINELLI
Present Attorney

I accept the above substitution.

Dated: 5/3/05

THOMAS A. PACKER
New Attorney

Substitution of Attorney is hereby approved.

Dated: July 29, 2005

/s/ Richard Seeborg

UNITED STATES MAGISTRATE JUDGE

S:\Main\Litigation\Schaefer, David\Pleadings\Sub of Atty - Cecil.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California