1  THOMAS A. PACKER (SBN:  104767)
   ANNA KATHRYN BENEDICT (SBN:  221238)
2  GORDON & REES LLP
   Embarcadero Center West                        *E-FILED 11/18/05*
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendants
6  7TH AVENUE CENTER, COUNTY OF SANTA CLARA;
   JUDY DEBERNARDI; AND ROBERT CECIL
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID and ZEMMIE SCHAEFER,          )   CASE NO. 5:05-CV-01414-RS
                                       )
                 Plaintiffs,           )
12                                     )   STIPULATION RE MEDICAL RECORDS
             v.                        )   AND ORDER THEREON
13                                     )
   7TH AVENUE CENTER, IRVING           )
14 MITSUNAGA, M.D., COUNTY OF SANTA    )
   CLARA, JUDY DE DERNARDI, ROBERT D.  )
15 CECIL, DOES ONE THROUGH ONE         )
   HUNDRED,                            )
16                                     )
                 Defendants.           )
17                                     )

18
        IT IS HEREBY STIPULATED AND AGREED by plaintiffs DAVID & ZEMMIE
19
   SCHAEFER, defendant 7th AVENUE CENTER, defendant IRVING MITSUNAGA, M.D.,
20
   defendant COUNTY OF SANTA CLARA, defendant JUDY DeBERNARDI and defendant
21
   ROBERT CECIL, as follows:
22
        The parties hereby agree that in order to facilitate discovery, all medical records of the
23
   decedent Andrew Marshall Schaefer, absent any privilege, shall be available to all parties either
24
   through the plaintiffs or the respective medical facilities or providers.
25

26

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  The term medical records as used herein shall include all documents and original

2  radiological films, including but not limited to x-ray films, MRIs, CT scans, relating to a

3  patient's medical/dental histories, complaints, symptoms, examinations, findings, diagnosis,

4  prognosis, sign-in sheets, photographs, video tapes, treatment, physical therapy, billing records

5  and records of payment, including without limiting the generality of the foregoing, all

6  correspondence including but not limited to other written or graphic material. It shall also

7  include all psychiatric records including but not limited to all correspondence and other written

8  or graphic material relating to the physical or mental condition of said individual.

9  Dated: 11/8/05

10  WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

11

12

13  Doris Cheng, Esq.
Attorneys for Plaintiffs

14

15  Dated: _____  GORDON & REES LLP

16

17  Anna Kathryn Benedict, Esq.
18  Attorneys for Defendants 7TH AVENUE CENTER, COUNTY OF SANTA CLARA; JUDY DeBERNARI and ROBERT CECIL

19

20  Dated: _____  SHEUERMAN, MARTINI & TABARI

21

22

23  Kathleen Humphrey, Esq.
Attorneys for Defendant IRVING M. MITSUNAGA, M.D.

24

25

26

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

2
STIPULATION RE MEDICAL RECORDS
Case No. 5:05-CV-01414-RS

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    The term medical records as used herein shall include all documents and original

2    radiological films, including but not limited to x-ray films, MRIs, CT scans, relating to a

3    patient's medical/dental histories, complaints, symptoms, examinations, findings, diagnosis,

4    prognosis, sign-in sheets, photographs, video tapes, treatment, physical therapy, billing records

5    and records of payment, including without limiting the generality of the foregoing, all

6    correspondence including but not limited to other written or graphic material.  It shall also

7    include all psychiatric records including but not limited to all correspondence and other written

8    or graphic material relating to the physical or mental condition of said individual.

9

10   Dated: _____          WALKUP, MELODIA, KELLY, WECHT &
                                  SCHOENBERGER

11

12

13                               _____
                                 Doris Cheng, Esq.
                                 Attorneys for Plaintiffs

14

15   Dated: _NOV 17, 2005_         GORDON & REES LLP

16

17                                _Anna Kathryn Benedict_
                                  Anna Kathryn Benedict, Esq.
                                  Attorneys for Defendants 7TH AVENUE

18                                CENTER, COUNTY OF SANTA CLARA;
                                  JUDY DeBERNARI and ROBERT CECIL

19

20   Dated: _____          SHEUERMAN, MARTINI & TABARI

21

22

23                               _____
                                 Kathleen Humphrey, Esq.
                                 Attorneys for Defendant IRVING M.

24                                MITSUNAGA, M.D.

25

26

2

STIPULATION RE MEDICAL RECORDS

Case No. 5:05-CV-01414-RS

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    The term medical records as used herein shall include all documents and original

2  radiological films, including but not limited to x-ray films, MRIs, CT scans, relating to a

3  patient's medical/dental histories, complaints, symptoms, examinations, findings, diagnosis,

4  prognosis, sign-in sheets, photographs, video tapes, treatment, physical therapy, billing records

5  and records of payment, including without limiting the generality of the foregoing, all

6  correspondence including but not limited to other written or graphic material.  It shall also

7  include all psychiatric records including but not limited to all correspondence and other written

8  or graphic material relating to the physical or mental condition of said individual.

9

Dated: _____

10
WALKUP, MELODIA, KELLY, WECHT &
SCHOENBERGER

11

12

13
Doris Cheng, Esq.
Attorneys for Plaintiffs

14

Dated: _____

15
GORDON & REES LLP

16

17
Anna Kathryn Benedict, Esq.
Attorneys for Defendants 7TH AVENUE
CENTER, COUNTY OF SANTA CLARA;
JUDY DeBERNARI and ROBERT CECIL

18

19

20
Dated: November 10, 2005

SHEUERMAN, MARTINI & TABARI

21

22

Kathleen Humphrey, Esq.
Attorneys for Defendant IRVING M.
MITSUNAGA, M.D.

23

24

25

26

2

STIPULATION RE MEDICAL RECORDS

1    [PROPOSED] ORDER

2        Pursuant to the Stipulation above and for good cause appearing:

3        IT IS HEREBY ORDERED THAT any and all medical records from Arons Pavilion,

4    Santa Clara Medical Center regarding the decedent Andrew Marshall Schaefer shall be made

5    available to all parties in this suit, absent privilege.

6

7        IT IS SO ORDERED:

8    Dated:___11/18/05_____              /s/ Richard Seeborg

9                                             UNITED STATES MAGISTRATE JUDGE

10

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

STIPULATION RE MEDICAL RECORDS

Case No. 5:05-CV-01414-RS