```
David Sheuerman SB#78132
Kathleen A. Humphrey, SB#169474           *E-FILED 11/28/05*
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
(408) 288-9700
Fax (408) 295-9900

Attorneys for Defendant,
IRVING MITSUNAGA, M.D.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and ZEMMIE SCHAEFER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>7TH AVENUE CENTER, IRVING MITSUNAGA, M.D., COUNTY OF SANTA CLARA, JUDY DE DERNARDI, ROBERT D. CECIL, DOES ONE THROUGH ONE HUNDRED<br><br>　　　　　　Defendants. | CASE NO.: 5:05-CV-01414-RS<br><br>JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |

　　　　The parties hereto, by and through their undersigned attorneys of record, hereby join in requesting the court to continue the case management conference herein from December 14, 2005 to February 8, 2006 at 2:30 p.m.  The primary reason for this request is to allow numerous depositions to be completed and to obtain psychiatric records that have not been produced but are relevant to the issues in this case to allow for meaningful mediation.

　　　　In addition, the parties suggest that the proposed new case management conference date may be more convenient to the court as well as the parties in the event this case may have settled during mediation or, alternatively some of the issues will have narrowed.

　　　　It is further agreed that this request  may be signed in counterparts, and that facsimile transmitted signatures hereon have the same weight and significance as original signatures hereon.

/ / /

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: November____, 2005                          Dated: November ____, 2005

_____                          _____
DORIS CHENG                                        KATHLEEN A. HUMPHREY
Attorney for Plaintiffs                            Attorney for Defendant
DAVID and ZEMMIE SCHAEFER                          IRVING M. MITSUNAGA, M.D.

Dated: November____, 2005

_____
THOMAS A. PACKER
Attorney for Defendant
7th AVENUE CENTER, COUNTY OF
SANTA CLARA, JUDY DE BERNARDI ,
ROBERT D. CECIL

## ORDER

The parties so requesting  and good cause appearing

IT IS HEREBY ORDERED that the case management conference be continued from December 14, 2005 to 2:30 p.m. on February 8, 2006.

Dated: 11/28/05                                    /s/ Richard Seeborg
_____                          _____
                                                   HONORABLE RICHARD SEEBORG
                                                   Judge of the United States District Court