**United States District Court**
For the Northern District of California

*E-FILED 2/6/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID AND ZEMMIE SCHAEFER, | NO. 05-cv-1414 RS |
| Plaintiffs, | **ORDER DISMISSING DEFENDANT IRVING M. MITSUNAGA, M.D., WITH PREJUDICE** |
| v. | |
| 7TH AVENUE CENTER, ET AL., | |
| Defendants. | |

Based on the request of plaintiffs David and Zemmie Schaefer ("plaintiffs"), defendant Irving M. Mitsunaga, M.D., is dismissed with prejudice from the above-entitled action. Each party is to bear its own costs.

IT IS SO ORDERED.

Dated: 2/3/06

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Doris Cheng     dcheng@walkuplawoffice.com,

Kathleeen A Humphrey     khumphrey@smtlaw.com,

Thomas A. Packer     tpacker@gordonrees.com, gpowell@gordonrees.com

David Sheuerman     dsheuerman@smtlaw.com

**Dated:        2/6/06                                  Chambers of Judge Richard Seeborg**

**By:        /s/  BAK**