**\*E-FILED\***
**March 2, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID and ZEMMIE SCHAEFER,<br><br>        Plaintiffs,<br>    v.<br><br>7TH AVENUE CENTER, et al.,<br><br>        Defendants.<br>_____/ | No. C 05-01414 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 3, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 10, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: March 2, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Doris Cheng, Esq.
Email: dcheng@walkuplawoffice.com

**Counsel for Defendant(s)**

Thomas A. Packer, Esq.
Email: tpacker@gordonrees.com

Anna Kathryn Benedict, Esq.
Email: abenedict@gordonrees.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 2, 2006

          /s/ BAK
          Chambers of Magistrate Judge Richard Seeborg