THOMAS A. PACKER (SBN: 104767)
ANNA KATHRYN BENEDICT (SBN: 221238)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*E-FILED 5/8/06*

Attorneys for Defendants
7TH AVENUE CENTER, COUNTY OF SANTA CLARA;
JUDY DEBERNARDI; AND ROBERT CECIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and ZEMMIE SCHAEFER, <br><br> Plaintiffs, <br><br> v. <br><br> 7TH AVENUE CENTER, IRVING MITSUNAGA, M.D., COUNTY OF SANTA CLARA, JUDY DE DERNARDI, ROBERT D. CECIL, DOES ONE THROUGH ONE HUNDRED, <br><br> Defendants. | CASE NO. 5:05-CV-01414-RS <br><br> STIPULATION FOR DISMISSAL AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between parties to this action and their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41 (a)(1). Each party to bear its own attorney fees and costs.

Dated: April 10, 2006

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

_____
Doris Cheng, Esq.
Attorneys for Plaintiffs

---

1

STIPULATION FOR DISMISSAL

Case No. 5:05-CV-01414-RS

1  Dated: 5/3/06                           GORDON & REES LLP
2
3
4                                          _____
                                           Thomas A. Packer, Esq.
                                           Attorneys for Defendants 7TH AVENUE
5                                          CENTER, COUNTY OF SANTA CLARA;
                                           JUDY DEBERNARDI and ROBERT CECIL
6
7
8
         [PROPOSED] ORDER
9
         Pursuant to the Stipulation for Dismissal with Prejudice above and for good cause
10
    appearing:
11
         IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice in its
12
    entirety.
13
         IT IS FURTHER ORDERED that the parties bear their own costs, expenses and attorney
14
    fees.
15
         IT IS SO ORDERED:
16
17  Dated: May 8, 2006                     _____
                                           UNITED STATES MAGISTRATE JUDGE
18

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

ARNS\103287\968799.1

2
STIPULATION FOR DISMISSAL
Case No. 5:05-CV-01414-RS